## Commonwealth *v.* McNeil, Appellant.

Submitted December 7, 1970. *Fred I. Noch,* Public Defender, for appellant; *Grant E. Wesner,* Assistant District Attorney, and *Robert L. Van Hoove,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth, Appellant, *v.* Maleno.

Argued December 8, 1970. *Stewart J. Greenleaf,* Assistant District Attorney, with him *William T. Nicholas,* Executive Assistant District Attorney, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellant; *John C. Butera,* with him *Butera and Detwiler,* for appellees.

Order affirmed.

WRIGHT, P. J., dissents.